# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SGT. BISSELL, C/O BARETTO, C/O MARTIN, C/O COURHEES, BANGGERT, M. NASH, LAURA BANTA, GENA CLARK, THOMAS C. GRENEVICH, LT. PRESSLEY and PA DEPT. OF CORRECTIONS | : | NO. 18-5072 |

## ORDER

**NOW**, this 15th day of August, 2019, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 22) and the plaintiff's response in opposition, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant The Pennsylvania Department of Corrections, identified in the complaint as "PA. Dept. of Corrections," and against the plaintiff.

<u>/s/ TIMOTHY J. SAVAGE J.</u>